DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4699
E-Mail:          vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


DEBORAH CAROL ENGLAND, State Bar #122424
Law Offices of Deborah C. England
351 California St Ste 700
San Francisco, CA 94104
Telephone:     (415) 434-9800
Facsimile:      (415) 434-9230
E-Mail:          dcengland@earthlink.net

Attorneys for Plaintiff
JOHN J. RILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RILEY, on behalf of himself and others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DOES 1-20, inclusive,<br><br>    Defendant. | Case No. CV-10-1300 SI<br><br>**STIPULATED APPLICATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:     July 9, 2010<br>Time:    2:30 p.m.<br>Before:  Judge Susan Illston<br>             450 Golden Gate Avenue<br>             Crtm 10, 19th Floor<br>             San Francisco<br><br>Trial Date:    None Set |

## STIPULATED APPLICATION

The initial case management conference in the above-captioned putative class action is set for July 9, 2010 at 2:30 p.m.  After having met and conferred, the parties have determined that the case presents a threshold question of law, namely, whether San Francisco's ordinances governing the towing of vehicles parked on the streets for longer than 72 hours, and the manner in which San Francisco has enforced those ordinances, violates the Due Process Clause of the United States Constitution.  The parties agree that this question, which presents no material factual dispute, would be best resolved at the outset of the case, prior to the conduct of discovery or class certification proceedings.  Proceeding in this manner will both serve the interest of judicial economy and potentially avoid substantial and unnecessary expenses for the litigants.  Accordingly, after having identified dates that accommodate the trial schedules of both sides, the parties hereby submit this stipulated application to continue the initial case management conference to November 5, 2010, with all deadlines associated with the initial case management conference similarly continued, so that the parties may file cross motions for summary judgment, to be heard on Friday, October 1, 2010 or at a subsequent date convenient to the Court.  Assuming a hearing for cross-motions for summary judgment is scheduled on October 1, the parties propose the following briefing schedule:

- Plaintiff's motion for summary judgment to be filed August 25, 2010
- Defendant's cross-motion/opposition to be filed September 8, 2010
- Plaintiff's reply/opposition to be filed September 20, 2010
- Defendant's reply to be filed September 24, 2010

IT IS SO STIPULATED:

Dated:  June 17, 2010                        DENNIS J. HERRERA
                                             City Attorney
                                             WAYNE SNODGRASS
                                             VINCE CHHABRIA
                                             Deputy City Attorneys


                                             By: s/*Vince Chhabria*
                                             VINCE CHHABRIA

                                             Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO    2    c:\documents and settings\pcheeseb\desktop\for importing\stip.doc
CONTINUE CMC; Case No. C10-1300 SI

Dated: June 17, 2010

By: **s/*Deborah England*
Deborah C. England

Attorney for Plaintiff
JOHN J. RILEY

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the Initial Case Management conference is continued to November 5, 2010 at 2:00 p.m.

IT IS FURTHER ORDERED THAT the parties' cross-motions for summary judgment shall be heard at 9:00 a.m. on October 1, 2010.  Plaintiff's motion for summary judgment shall be filed no later than August 25, 2010.  Defendant's cross-motion/opposition shall be filed no later than September 8, 2010.  Plaintiff's opposition/reply shall be filed no later than September 20, 2010.  Defendant's reply, if any, shall be filed no later than September 24, 2010.

Date: _____

THE HONORABLE SUSAN ILLSTON
United States District Court