DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4699
E-Mail:         vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


DEBORAH CAROL ENGLAND, State Bar #122424
Law Offices of Deborah C. England
351 California St Ste 700
San Francisco, CA 94104
Telephone:     (415) 434-9800
Facsimile:      (415) 434-9230
E-Mail:         dcengland@earthlink.net

Attorneys for Plaintiff
JOHN J. RILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RILEY, on behalf of himself and others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DOES 1-20, inclusive,<br><br>    Defendant. | Case No. CV-10-1300 SI<br><br>**STIPULATED APPLICATION FOR ONE-DAY EXTENSION TO FILE REPLY BRIEFS; [PROPOSED] ORDER**<br><br><br>Trial Date:          None Set |

**STIPULATED APPLICATION**

The parties' cross-motions for partial summary judgment are set for hearing on October 1, 2010.  Currently, plaintiff's reply/opposition brief is due September 20, 2010, and defendant's reply brief is due September 24, 2010.  Counsel for the defendant now has a previously-unanticipated conflict that will interfere with the City's ability to file its reply on September 24, 2010.  Accordingly, the parties file this stipulated application to extend the due date for each side's brief by one day, so that plaintiff's reply/opposition is due September 21, 2010, and defendant's reply is due September 27, 2010.

IT IS SO STIPULATED:

Dated:  September 16, 2010

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
VINCE CHHABRIA
Deputy City Attorneys

By:  s/*Vince Chhabria*
    VINCE CHHABRIA

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  September 16, 2010

By:  **s/*Deborah England*
    Deborah C. England

Attorney for Plaintiff
JOHN J. RILEY

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the plaintiff's reply/opposition is due no later than September 21, 2010, and the defendant's reply is due no later than September 27, 2010.

Date: _____

_____
THE HONORABLE SUSAN ILLSTON
United States District Court