DEBORAH C. ENGLAND (SBN: 122424)
Law Offices of Deborah C. England
351 California Street, Suite 700
San Francisco, California  94104
Telephone:     (415) 434-9800
Facsimile:      (415) 434-9230
E-Mail:          dcengland@earthlink.net

Attorney for Plaintiffs

DENNIS J. HERRERA (SBN:  139669)
City Attorney
WAYNE SNODGRASS (SBN:  148137)
VINCE CHHABRIA (SBN:  208557)
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4699
E-Mail:          vince.chhabria@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RILEY, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; DOES 1 - 20, inclusive,<br><br>　　　　Defendants. | Case No.  CV-10-1300 SI<br><br>STIPULATED APPLICATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>Date:　　November 5, 2010<br>Time:　　2:30 p.m.<br>Before:　Judge Susan Illston<br><br>Trial Date: None Set |

**STIPULATED APPLICATION**

The initial case management conference in the above-captioned putative class action is set for November 5, 2010 at 2:30 p.m.  The Court heard the parties' mutual motions for partial summary judgment on October 1, 2010; the Court has not yet issued a ruling on said motions.  After having met and conferred, the parties have determined that the initial case management conference would be most efficaciously held after the Court's ruling on the pending motions.  Proceeding in this manner will both serve the interest of judicial economy and potentially avoid substantial and unnecessary expenses for the litigants.  Accordingly, the parties hereby submit this stipulated application to continue the initial case management conference to December 17, 2010, with all deadlines associated with the initial case management conference similarly continued.

IT IS SO STIPULATED:

Dated:  October 21, 2010

LAW OFFICES OF
DEBORAH C. ENGLAND

By:   /ss/Deborah C. England
DEBORAH C. ENGLAND
Attorney for Plaintiffs

Dated:  October 21, 2010

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
VINCE CHHABRIA
Deputy City Attorneys

By:   /ss/Vince Chhabria
VINCE CHHABRIA
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the Initial Case Management conference is continued to December 1~~7~~14, 2010, at 2:30 p.m., and all deadlines associated with the initial case management conference similarly continued.

Date: _____

_____
THE HONORABLE SUSAN ILLSTON
United States District Court

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC                                          Page 3
CASE NO. C10-1300 SI