```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  WAYNE SNODGRASS, State Bar #148137
    VINCE CHHABRIA, State Bar #208557
 3  Deputy City Attorneys
    City Hall, Room 234
 4  #1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4682
 5  Telephone:    (415) 554-4674
    Facsimile:    (415) 554-4699
 6  E-Mail:       vince.chhabria@sfgov.org

 7  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
 8

 9  DEBORAH CAROL ENGLAND, State Bar #122424
    Law Offices of Deborah C. England
10  351 California St Ste 700
    San Francisco, CA 94104
11  Telephone:    (415) 434-9800
    Facsimile:    (415) 434-9230
12  E-Mail:       dcengland@earthlink.net

13  Attorneys for Plaintiff
    JOHN J. RILEY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN J. RILEY, on behalf of himself and others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DOES 1-20, inclusive,<br><br>　　　　Defendant. | Case No. CV-10-1300 SI<br><br>**STIPULATED APPLICATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:　　　December 15, 2010<br>Time:　　　2:30 p.m.<br>Before:　　Judge Susan Illston<br>　　　　　　450 Golden Gate Avenue<br>　　　　　　Crtm 10, 19th Floor<br>　　　　　　San Francisco<br><br>Trial Date:　　　None Set |
|---|---|

## STIPULATED APPLICATION

The initial case management conference in the above-captioned putative class action is set for December 15, 2010 at 2:00 p.m.  After having met and conferred, the parties have determined that judicial economy would be served, and unnecessary expenditure of party resources would be avoided, by a postponement of the initial case management conference to a date following this court's ruling on the parties' cross-motions for partial summary judgment, which are presently under submission. Accordingly, the parties propose that the initial case management conference be continued to January 19, 2011, or a subsequent date convenient to the Court.

IT IS SO STIPULATED:

Dated:  November 29, 2010

By:  s/*Vince Chhabria*
VINCE CHHABRIA

Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  November 29, 2010

By:  **s/*Deborah England*
Deborah C. England

Attorney for Plaintiff
JOHN J. RILEY

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the Initial Case Management conference is continued to January 21, 2011 at 2:00 p.m.

Date: _____

THE HONORABLE SUSAN ILLSTON
United States District Court