IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RILEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>_____/ | No. C 10-01300 SI<br><br>**JUDGMENT** |

    Defendant's motion for summary judgment as to plaintiff's 42 U.S.C. § 1983 claim is granted and it is accordingly ordered, adjudged and decreed that plaintiff take nothing from defendant with regard to that claim, which is dismissed with prejudice.

    It is further ordered, adjudged and decreed that plaintiff's state law claim and the above entitled action are remanded to the Superior Court for the City and County of San Francisco.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 7, 2010

                                                          SUSAN ILLSTON
                                                          United States District Judge